558

555 A.2d 1059

Lamott Alexander HYNSON

v.

STATE of Maryland.

No. 13, Sept. Term, 1989.

Court of Appeals of Maryland.

April 3, 1989.

Lamott Alexander Hynson, for petitioner.

J. Joseph Curran, Jr., Atty. Gen. and Jillyn K. Schulze, Asst. Atty. Gen., Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 3rd day of April, 1989

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals of Maryland be, and it is hereby, vacated, and the case remanded to that court for reconsideration in light of *Warfield v. State*, 315 Md. 474, 554 A.2d 1238 (1989).